JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com
Attorneys for Defendant
ENCOMPASS HOME AND
AUTO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. SERPA, Jr., an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 3:25-cv-00663-MMD-CLB<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO JOHN C. SERPA'S MOTION TO DISMISS ENCOMPASS HOME AND AUTO INSURANCE COMPANY'S COUNTERCLAIM** |
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>　　　　　Counterclaimant<br><br>vs.<br><br>JOHN C. SERPA, Jr., an individual,<br><br>　　　　　Counterdefendant.<br>. | (First Request)<br><br>(Assigned to Honorable Judge Miranda M. Du) |

　　　Defendant / Counterclaimant Encompass Home and Auto Insurance Company ("Encompass") and Plaintiff / Counterdefendant John C. Cerpa, Jr., ("Serpa") hereby respectfully request the Court extend the deadline for Encompass to respond to the Motion to Dismiss of Serpa by an additional sixteen days, from December 22, 2025, to January 7, 2026.

Page 1 of 3

Serpa's Motion was filed on December 8, 2025. Encompass' Response is currently due December 22, 2025

This is the first stipulation for an extension of time to file the Response to Serpa's Motion to Dismiss. This Court has not, at the time of this filing, denied an extension of time. The purpose of this stipulation is to allow Encompass to further evaluate the matter, and to address delays incident to the holiday season. This extension is not to delay this matter or prejudice any party.

RESPECTFULLY SUBMITTED this 22nd day of December, 2025.

| PYATT SILVESTRI | KAEMPFER CROWELL. |
|---|---|
| */s/ Christopher L. Benner* | */s/ Melissa Saragosa-Stratton* |
| James P. C. Silvestri, Esq. | Melissa Saragosa-Stratton, Esq. |
| Nevada Bar No. 3603 | Nevada Bar No. 7295 |
| Christopher L. Benner, Esq. | 50 West Liberty Street, Suite 1100 |
| Nevada Bar No. 8963 | Reno, Nevada 89501 |
| 7670 West Lake Mead, Suite 250 | Attorneys for Plaintiff / Counterdefendant |
| Las Vegas, NV 89128 | |
| Attorneys for Defendant / Counterclaimant | |

## **ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on December 18, 2025, I received concurrence from Plaintiff's counsel, Melissa Saragosa-Stratton, Esq., to file this document with her electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2025.

*/s/ Christopher L. Benner*
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963

**IT IS SO ORDERED.**

Dated: December 23, 2025.

_____
Miranda M. Du, U.S. District Judge

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 2 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of PYATT SILVESTRI and that, on December 22, 2025, I caused to be served via the Court's CM/ECF service system, a true and correct copy of the above and foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO JOHN C. SERPA'S MOTION TO DISMISS ENCOMPASS HOME AND AUTO INSURANCE COMPANY'S COUNTERCLAIM** to the following:

Melissa Saragosa-Stratton, Esq.
Joshua D. Correlli, Esq.
**KAEMPFER CROWELL**
50 West Liberty Street, Suite 1100
Reno, NV 89501
Msaragosa-stratton@kcnvlaw.com
JCorrelli@kcnvlaw.com

Attorneys for Plaintiff

/s/ Alex Silvestri
An employee of PYATT SILVESTRI

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 3 of 3