JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com
Attorneys for Defendant
ENCOMPASS HOME AND
AUTO INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN C. SERPA, Sr., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 3:25-cv-00663-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>[ECF No. 31] |
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>Counterclaimant<br><br>vs.<br><br>JOHN C. SERPA, Sr., an individual,<br><br>Counterdefendant.<br>. | |

Pursuant to LR 6-1 and LR 26-3, Plaintiff John C. Serpa, Sr. ("Serpa") and defendant Encompass Home and Auto Insurance Company ("Encompass") stipulate to extend the discovery deadline for an additional 60 days to conduct the deposition of Plaintiff, Mr. John C. Serpa, Sr., and to complete all other discovery, pursuant to Fed. R. Civ. P. 26 as follows:

Page 1 of 7

**I.      DISCOVERY COMPLETED**

1.      On October 24, 2026, Serpa filed the Complaint in this matter in the Second Judicial District Court of the State of Nevada.

2.      On November 17, 2025, Encompass submitted its Answer to the Complaint and submitted a Counterclaim for Declaratory Relief.

3.      Also on November 17, 2025, Encompass petitioned for Removal of the matter to this Court, under ECF No. 1.

4.      On December 8, 2025, Serpa submitted a Motion to Dismiss Encompass' Counter claim, under ECF No. 6.

5.      On December 22, 2025, the parties submitted the Proposed Discovery Plan and Scheduling Order, under ECF No. 9.

6.      An Order Granting Proposed Discovery Plan and Scheduling Order was entered on December 29, 2025, under ECF No. 12.

7.      On January 7, 2026, Encompass submitted an Opposition to the Motion to Dismiss Encompass' Counter claim, under ECF No. 13.

8.      On January 13, 2026, Serpa submitted his Reply in Support of the Motion to Dismiss Encompass' Counter claim, under ECF No. 14.

9.      Encompass made its initial disclosures on January 8, 2026.

10.     Serpa made his initial disclosures on January 13, 2026.

11.     Encompass served its First Set of Requests for Admissions on February 4, 2026.

12.     Encompass served its First Set of Requests for Production on February 4, 2026.

13.     Encompass served its First Set of Interrogatories on February 4, 2026.

14.     Serpa and Encompass submitted their First Request for Extension of Time on

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

February 11, 2026, under ECF No. 15.

15.    The Court entered an Order granting the First Request for Extension on February 13, 2026, under ECF No. 16.

16.    Serpa filed his First Amended Complaint on February 13, 2026, under ECF No. 17.

17.    On February 27, 2026, Encompass submitted their Answer to the First Amended Complaint and Counter Claim, under ECF No. 18

18.    On March 13, 2026, Serpa submitted a Motion to Dismiss Encompass' Counter claim, under ECF No. 21.

19.    On March 27, 2026, Encompass submitted an Opposition to the Motion to Dismiss Encompass' Counter claim, under ECF No. 22.

20.    The parties submitted a Joint Case Management Report on March 27, 2026, noting Serpa's health issues, under ECF No. 23.

21.    Serpa served his Responses to the First Set of Requests for Admissions on April 24, 2026.

22.    Serpa served his Responses to the First Set of Requests for Production on April 24, 2026.

23.    Serpa served his Responses to the First Set of Interrogatories on April 24, 2026.

24.    On April 9, 2026, the Parties submitted their Second Request for Extension of Time, under ECF No. 25.

25.    On June 4, 2026, Serpa submitted a Reply in Support of the Motion to Dismiss Encompass' Counter claim, under ECF No. 26.

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 3 of 7

26.     On June 5, 2026, the Court denied the Motion to Dismiss, per ECF No. 29.

27.     On June 22, 2026, Serpa submitted his Answer to Encompass' Counterclaim for Declaratory Relief, per ECF No. 30.

## II.     DISCOVERY REMAINING

1.     Completion of deposition of the 30(b)(6) representative for Encompass.

2.     Completion of deposition of Serpa Senior.

3.     Deposition of Ridgeline LLC's person most knowledgeable regarding the repairs to the Property.

## III.     REASONS WHY DISCOVERY CANNOT BE COMPLETED

The parties have identified expert witnesses and responded to discovery requests. Serpa's efforts to respond to discovery have been delayed by Serpa's health, as Serpa is an 88-year-old man with mobility issues undergoing a variety of medical testing and treatment.  At this time, he is bedridden with in-home nursing care.  Encompass has disclosed expert reports, and is now awaiting any request to depose same. Encompass has subpoenaed the documents of Ridgeline LLC, disclosed as the entity that conducted the repairs to the subject property. The parties aver, pursuant to Local Rue 26-3, that good cause exists for the requested extension, and the request for an extension is not sought to delay the proceedings or for any improper purpose.

The parties are also in active settlement negotiations as they continue to examine all routes for resolution of this matter.  Given the time and expense of conducting depositions, the parties feel it would be in our respective clients' best interest to engage in good faith attempts to resolve this matter prior to completing discovery.

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

This is the third request for extension of time in this matter; the prior extension was sought due to the medical and family issues of the parties' counsel. The parties seek the extension due to the need to accommodate Mr. Serpa's health issues, especially so as to conduct the deposition, which may need to be spread out over several days, conducted remotely due to his mobility restrictions, and address Mr. Serpa's ability to function when not under the influence of medication. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

\\\

\\\

\\\\

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

## VI. CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Amend Pleadings | March 27, 2026 | No change |
| Expert Disclosure Deadline | June 1, 2026 | No change |
| Rebuttal Expert Disclosure Deadline | June 30, 2026 | No change |
| Close of Discovery Deadline | July 31, 2026 | **September 29, 2026** |
| Dispositive Motion Deadline | August 28, 2026 | **October 28, 2026** |
| Pretrial Disclosures / Order | September 25, 2026 | **November 24, 2026** |

KAEMPFER CROWELL
*/s/ Melissa Saragosa-Stratton*

Melissa Saragosa-Stratton, No. 7295
Joshua D. Correlli, No. 9789
50 West Liberty Street, Suite 1100
Reno, Nevada 89501
Attorneys for Plaintiff
John C. Serpa, Sr.

PYATT SILVESTRI
*/s/ Christopher L. Benner*

James P. C. Silvestri, Esq.
Nevada Bar No. 3603
Christopher L. Benner, Esq.
Nevada Bar No. 8963
7670 West Lake Mead, Suite 250
Las Vegas, NV 89128
Attorneys for Defendant / Counterclaimant

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on July 8, 2026, I received concurrence from Plaintiff's counsel Melissa Saragosa-Stratton, Esq., to file this document with her electronic signature attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2026.

*/s/ Christopher L. Benner*
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Attorney for Defendant/Counterclaimant
ENCOMPASS HOME AND
AUTO INSURANCE COMPANY

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

**ORDER**

If dispositive motions are filed, the joint pretrial order shall be due 30 days after an order resolving the motion is entered.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    July 8, 2026

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000