JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com
Attorneys for Defendant
ENCOMPASS HOME AND
AUTO INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN C. SERPA, Sr., an individual,<br><br>Plaintiff,<br>vs.<br><br>ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 3:25-cv-00663-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>Counterclaimant<br><br>vs.<br><br>JOHN C. SERPA, Sr., an individual,<br><br>Counterdefendant.<br>. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John C. Serpa, Sr. and defendant Encompass Home and Auto Insurance Company stipulate to dismiss all claims and counterclaims between the parties in this matter, with prejudice, with each party responsible for their own fees and costs.

This stipulation follows a settlement between the parties, resolving all claims and counterclaims. The parties have fully effectuated the terms of the settlement.


KAEMPFER CROWELL
*/s/ Melissa Saragosa-Stratton*

Melissa Saragosa-Stratton, No. 7295
Joshua D. Correlli, No. 9789
50 West Liberty Street, Suite 1100
Reno, Nevada 89501
Attorneys for Plaintiff
John C. Serpa, Sr.

PYATT SILVESTRI
*/s/ Christopher L. Benner*

James P. C. Silvestri, Esq.
Nevada Bar No. 3603
Christopher L. Benner, Esq.
Nevada Bar No. 8963
7670 West Lake Mead, Suite 250
Las Vegas, NV 89128
Attorneys for Defendant / Counterclaimant
Encompass Home and Auto


**ORDER**

**IT IS HEREBY ORDERED** that the action is DISMISSED with prejudice, with each party to bear its own costs and attorney fees.

**IT IS FURTHER ORDERED** that all further hearings and deadlines are vacated, and the Clerk of Courts is directed to close this matter

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: October 20, 2026

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on October 19, 2026, I received concurrence from Plaintiff's counsel Melissa Saragosa-Stratton, Esq., to file this document with her electronic signature attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 20, 2026
/s/ *Christopher L. Benner*
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Attorney for Defendant/Counterclaimant
ENCOMPASS HOME AND
AUTO INSURANCE COMPANY